IN THE UNITED STATES BANKRUPTCY COURT FOR
Southern District of Mississippi

IN RE:   CHRISTOPHER GENE SIMMONS                            CHAPTER 13
       1645 GREGORY DR                                    Case No:  24-02823- JAW
       BYRAM, MS 39272

CERTIFICATE OF SERVICE

I, Torri Parker Martin, Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified   10/22/2025

/s/ Torri Parker Martin
Torri Parker Martin