United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                              Case No. 24-02823-JAW
Christopher Gene Simmons                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                  User: mssbad                                                       Page 1 of 2
Date Rcvd: Oct 23, 2025          Form ID: pdf012                                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

**Recip ID              Recipient Name and Address**
db              +  Christopher Gene Simmons, 1645 Gregory Dr, Byram, MS 39272-9455

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 25, 2025                              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

**Name**                          **Email Address**

Eric C Miller
                                          on behalf of Creditor MidFirst Bank logsecf@logs.com

Thomas Carl Rollins, Jr
                                          on behalf of Debtor Christopher Gene Simmons trollins@therollinsfirm.com
                                          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
                                          tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
                                          USTPRegion05.JA.ECF@usdoj.gov

Wilkin Gray Hensarling
                                          on behalf of Creditor MidFirst Bank whensarling@logs.com  logsecf@logs.com

District/off: 0538-3　　　　　　　　　　　User: mssbad　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Oct 23, 2025　　　　　　　　　Form ID: pdf012　　　　　　　　　　　　　Total Noticed: 1
TOTAL: 5

___

**SO ORDERED,**



**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: October 23, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# United States Bankruptcy Court
FOR THE
Southern District of Mississippi

| | |
|---|---|
| **IN RE:** CHRISTOPHER GENE SIMMONS<br>1645 GREGORY DR<br>BYRAM, MS 39272 | CASE No. 24-02823- JAW |

**RE:** MISSISSIPPI DEPARTMENT OF REVENUE
**Court Claim No:31-1**

## ORDER

    THIS DAY, this cause having come before the Court on the Trustee's Motion to Allow Late Filed / Amended or Supplemental Claims (Dkt.# 35) of the above named creditor, it is hereby Ordered that the claim set out in said Motion be allowed as recommended by the Trustee and payable as provided by the Debtor(s) plan and the Order of the Court.

    IT IS FURTHER ORDERED that the Debtor(s) are given 30 days from the entry of this order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

SUBMITTED BY:

/s/ Torri Parker Martin
___

Torri Parker Martin
CHAPTER 13 TRUSTEE
200 North Congress St.
Suite 400
Jackson, MS 39201