# United States Bankruptcy Court
## FOR THE
### Southern District of Mississippi

**IN RE:** CHRISTOPHER GENE SIMMONS  
1645 GREGORY DR  
BYRAM, MS 39272

DATE: 12/15/2025

CASE No. 24-02823- JAW

## MOTION TO ALLOW LATE FILED / AMENDED OR SUPPLEMENTAL CLAIMS

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous notice allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| MIDFIRST BANK / 999 NW GRAND BLVD OKLAHOMA CITY, OK 73118 | 9-1 | Secured PAY 100.0000% | 212.85 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

_/s/ Torri Parker Martin_  
**Torri Parker Martin**

THOMAS CARL ROLLINS, JR.  
THE ROLLINS LAW FIRM, PLLC  
P.O. BOX 13767  
JACKSON, MS 39236