IN THE UNITED STATES BANKRUPTCY COURT FOR
Southern District of Mississippi

IN RE:   CHRISTOPHER GENE SIMMONS                               CHAPTER 13
        1645 GREGORY DR                                             Case No:  24-02823- JAW
        BYRAM, MS 39272

CERTIFICATE  OF  SERVICE

I, Torri Parker Martin, Trustee, do hereby certify that I have this date mailed a true and correct copy of the Motion to Allow Claims in regards to same to the above named Debtor at the address as shown on said Motion by United States Mail, postage prepaid and a copy to Debtor's counsel to either the address as shown on said Motion or by ECF Filing Notification.

So Certified   12/15/2025

                                                              /s/ Torri Parker Martin
                                                              Torri Parker Martin