**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Christopher Gene Simmons, Debtor** **Case No. 24-02823-JAW**
**CHAPTER 13**

**NOTICE**

The above referenced debtor has filed papers with the court to allow payment arrearage.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: November 12, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Christopher Gene Simmons, Debtor** **Case No. 24-02823-JAW**
**CHAPTER 13**

## MOTION TO ALLOW PAYMENT ARREARAGE

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtor fell behind on his payments.
3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.
4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in December 2026.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
CHRISTOPHER GENE SIMMONS

CASE NO: 24-02823-JAW

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/12/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/12/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

CHRISTOPHER GENE SIMMONS

CASE NO: 24-02823-JAW

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/12/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/12/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-02823-JAW
SOUTHERN DISTRICT OF MISSISSIPPI
THU NOV 12 9-59-37 PST 2026

MS DEPARTMENT OF REVENUE
P O BOX 22808
JACKSON MS 39225-2808

MIDFIRST BANK
999 NW GRAND BOULEVARD
OKLAHOMA CITY OK 73118-6051

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

AFFIRM INC
ATTN BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO CA 94108-2716

AFFIRM INC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

(P)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

~~EXCLUDE~~

~~(D)(P)AMERICAN HONDA FINANCE~~
~~P O BOX 168088~~
~~IRVING TX 75016-8088~~

AMEX
PO BOX 981535
EL PASO TX 79998-1535

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA FL 33634-2413

BAPTIST MEDICAL GROUP
PO BOX 74533
ATLANTA GA 30384-5333

BAPTIST MEMORIAL HOSPITAL
PO BOX 1123
MINNEAPOLIS MN 55440-1123

BEST EGG
ATTN BANKRUPTCY
PO BOX 42912
PHILADELPHIA PA 19101-2912

(P)CARMAX AUTO FINANCE
225 CHASTAIN MEADOWS COURT SUITE 200
KENNESAW GA 30144-5938

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CARMAX AUTO FINANCE
ATTN BANKRUPTCY
1200 TUCKAHOE CREEK
RICHMAN VA 23238

CITIBANK
PO BOX 790040
ST LOUIS MO 63179-0040

CITIBANK NA
CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

COMENITY
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

COMENITY CAPITAL
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

DEPARTMENT OF TREASURY
INTERNAL REVENUE SERVICE
P O BOX 7346
PHILADELPHIA PA 19101-7346

DISCOVER BANK
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

GOLDMAN SACHS BANK USA
ATTN BANKRUPTCY
PO BOX7247
PHILADELPHIA PA 19170-0001

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

MOHELA ON BEHALF OF
COLLEGE ASSIST
PO BOX 16358
ST PAUL MN 55116-0358

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

MERCURYFBT
ATTN BANKRUPTCY
PO BOX 84064
COLUMBUS GA 31908-4064

~~EXCLUDE~~
~~(D)MIDFIRST BANK~~
~~999 NW GRAND BOULEVARD~~
~~OKLAHOMA CITY OK 73118-6051~~

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

MIDLAND MORTGAGE CO
PO BOX 26648
OKLAHOMA CITY OK 73126-0648

MONTEREY FINANCIAL SER
4095 AVENIDA DE LA PLA
OCEANSIDE CA 92056-5802

NAVIENT
ATTN BANKRUPTCY
PO BOX 9500
WILKES-BARRE PA 18773-9500

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

PENTAGON FCU
ATTN BANKRUPTCY
2930 EISENHOWER AVENUE
ALEXANDRIA VA 22314-4557

PENTAGON FCU
ATTN BANKRUPTCY
PO BOX 1432
ALEXANDRIA VA 22313-1432

QUANTUM3 GROUP LLC AS AGENT FOR
CASCADE CAPITAL FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
MOMA TRUST LLC
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
MERCURY FINANCIALFIRST BANK TRUST
PO BOX 788
KIRKLAND WA 98083-0788

~~EXCLUDE~~
~~(D)QUANTUM3 GROUP LLC AS AGENT FOR~~
~~SADINO FUNDING LLC~~
~~PO BOX 788~~
~~KIRKLAND WA 98083-0788~~

RESURGENT CAPITAL SERVICES AS SERVICING AGEN
FOR BEST EGG
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

RESURGENT RECEIVABLES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

SAPIENTES FUNDING II LLC
CO WAKEFIELD ASSOCIATES LLC
PO BOX 58
FORT MORGAN CO 80701-0058

SYNCB
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO FL 32896-5064

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WELLS FARGO BANK NA
ATTN BANKRUPTCY
1 HOME CAMPUS MAC
DES MOINES IA 50328-0001

WELLS FARGO BANK NA
WELLS FARGO CARD SERVICES
PO BOX 10438 MAC F8235-02F
DES MOINES IA 50306-0438

WILKIN HENSARLING ESQ
LOGS LEGAL GROUP LLP
FOR MIDFIRST BANK
1080 RIVER OAKS DRIVE SUITE B-202
FLOWOOD MS 39232-7603

DEBTOR
CHRISTOPHER GENE SIMMONS
1645 GREGORY DR
BYRAM MS 39272-9455

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

~~EXCLUDE~~
~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN CHAPTER 13 BANKRUPT~~
~~200 NORTH CONGRESS STREET STE 400~~
~~JACKSON MS 39201-1902~~